872 A.2d 1126

**TOWN OF McCANDLESS, Petitioner,**

v.

**McCANDLESS POLICE OFFICERS ASSOCIATION, Respondent.**

Supreme Court of Pennsylvania.

April 19, 2005.

## ORDER

PER CURIAM.

**AND NOW,** this 19th day of April, 2005, the Petition for Allowance of Appeal is **GRANTED,** limited to the following issue:

Whether a pending grievance filed in opposition to an Act 111 employee's termination is rendered moot following the failure to grieve subsequent charges seeking termination.